UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                           :

DISTRICT COUNCIL NO.9 INTERNATIONAL UNION :
OF PAINTERS AND ALLIED TRADES AFL-CIO,     :
                                           :

                  Petitioner,         :                21 Civ. 4780 (JPC)
                                           :

          -v-                        :                    ORDER
                                         :

SPEEDO   CORP.,  *also  known  as*  SPEEDO :
CORPORATION,                            :
                                         :

                  Respondent.      :
                                       :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Petitioner District Council No. 9 International Union of Painters and Allied Trades AFL-CIO filed a petition to confirm an arbitration award on March 28, 2021.  Dkt. 1.  On June 8, 2021, Petitioner filed an Affidavit of Service, which reflects that the Petition was served on Respondent Speedo Corp. on June 2, 2021.

On August 9, 2021, Petitioner filed a motion for summary judgment.  Dkt. 8.  Petitioner is directed to serve its motion with all supporting documents, and a copy of this Order, on Respondent by August 30, 2021.  Respondent's opposition is due by September 13, 2021, and Petitioner's reply, if any, is due no later than September 20, 2021.

SO ORDERED.

Dated: August 13, 2021
     New York, New York                          JOHN P. CRONAN
                                       United States District Judge