**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DISTRICT COUNCIL NO. 9 INTERNATIONAL
UNION OF PAINTERS AND ALLIED TRADES,
AFL-CIO,

                        Plaintiff,                        21 **CIVIL** 4780 (JPC)

            -against-                            **JUDGMENT**

SPEEDO CORP., *also known as* SPEEDO
CORPORATION

                        Defendant.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 9, 2022, the Petition is granted, and judgment is entered for $13,000.00, which consist of the arbitration award; accordingly, this case is closed.

**Dated**: New York, New York
          February 9, 2022

                                          **RUBY J. KRAJICK**
                                          **Clerk of Court**
                         **BY:**
                                          **Deputy Clerk**